# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**GERALD WHITAKER,**                                                                          **PLAINTIFF**
**ADC # 141195**

V.                      CASE NO. 3:10CV00115-DPM-BD

**RAY HOBBS, Director,**                                                                      **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

Pending is Respondent's Motion for Extension of Time to File a Response to the Petition (docket entry #14).  Respondent's Motion is GRANTED.  Respondent will have up to and including August 7, 2010, to file a response to the Petition.  If Respondent cannot obtain a transcript of the plea colloquy in a timely manner, he may seek further extension by filing a motion with the Court.

IT IS SO ORDERED this 8th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE