# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GERALD WHITAKER,**                                                        **PLAINTIFF**
**ADC # 141195**

V.            **CASE NO. 3:10CV00115-BD**

**RAY HOBBS, Director,**                                        **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

Pending is Respondent's Second Motion for Extension of Time to File a Response to the Petition (docket entry #20).  Respondent's Motion is GRANTED.  Respondent will have up to and including August 23, 2010, to file a response to the Petition.

IT IS SO ORDERED this 10th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE