# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**GERALD WHITAKER,**                                                                                  **PLAINTIFF**
**ADC # 141195**

V.                              CASE NO. 3:10CV00115-BD

**RAY HOBBS, Director,**                                                                              **RESPONDENT**
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus (#2), with prejudice.

IT IS SO ORDERED this 13th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE